1014

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD CLAYTON JAMES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 54263, Horton Smith, J., entered October 29, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

AGNES D. SAWINA, *Appellant*, v. EDWARD A. SAWINA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 681148, Lloyd Shorett, J., entered June 18, 1968. *Remanded* with instructions by unpublished opinion pursuant to RCW 2.06.040.

*In the Matter of the Estate of* JAMES R. BOYLE, *Deceased.*

Appeal from a judgment of the Superior Court for King County, No. 196623, Donald L. Gaines, J., entered April 8, 1970. *Reversed* by unpublished opinion pursuant to RCW 2.06.040.

THE CITY OF TACOMA, *Respondent*, v. RODNEY E. MEWHIRTER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 38709, Horace G. Geer, J., entered September 30, 1970. Appeal *dismissed* and judgment *affirmed* by unpublished opinion pursuant to RCW 2.06.040.